UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 24-6010 (JTQ) |
| v. | : : : | CONTINUANCE ORDER |
| PHILIP SAADA | : : : | |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Ian D. Brater, Assistant U.S. Attorney), and defendant PHILIP SAADA (by Michael J. Pappa, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through April 27, 2025; and one continuance having previously been granted by this Court; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations may soon commence, and both the United States and the defendant seek time to achieve a successful resolution of these negotiations, which would render trial of this matter unnecessary;

(2) The failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time

necessary for effective preparation, taking into account the exercise of due diligence

(3) The defendant has consented to the aforementioned continuance;

(4) The grant of a continuance will likely conserve judicial resources; and

(5) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this <u>23rd</u> day of January, 2025,

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through April 27, 2025; and it is further

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

ORDERED that the period from the date this Order is signed through and including April 27, 2025 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. JUSTIN T. QUINN
United States Magistrate Judge

Form and entry consented to:

/s/ *Michael J. Pappa*

_____
Michael J. Pappa, Esq.
Counsel for Defendant


/s/ *Ian D. Brater*

_____
Ian D. Brater
Assistant United States Attorney


/s/ *Eric A. Boden*

_____
Eric A. Boden
Assistant U.S. Attorney
Attorney-In-Charge, Trenton Branch Office