PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Philip Saada**                                                                 Docket No. **24-6010**

### Petition for Action on Conditions of Pretrial Release

COMES NOW EDNA GALARZA PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Philip Saada**, who was placed under pretrial release supervision by the **HONORABLE JUSTIN T. QUINN** sitting in the Court at **Trenton, New Jersey**, on **October 29, 2024**. He was released on a $150,000 unsecured appearance bond and the funder the following conditions:

1. Pretrial Services supervision.
2. Travel restricted to New Jersey and New York, unless approved by Pretrial Services.
3. Surrender/do not obtain passport or travel documents
4. Maintain current residence or a residence approved by Pretrial Services.
5. Maintain or actively seek employment.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **amend the conditions of release.**
 - To include substance abuse testing and/or treatment and mental health testing and/or treatment.

ORDER OF COURT

Considered and ordered this __4th__ day of __February__, __2025__ and ordered filed and made a part of the records in the above case.

_____
Honorable Justin T. Quinn
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          _____1/20/2025_____

_____
EDNA GALARZA
Intensive Supervision Specialist